## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ************************************ | : | PROCEEDINGS FOR |
| IN RE: | : | REORGANIZATION UNDER |
|     GCTR Realty, LLC | : | |
| | : | CHAPTER 11 |
|              DEBTOR | : | |
| | : | |
|     (Employer ID # -8263) | : | CASE NO. |
| ************************************ | | |

### STATEMENT PURSUANT TO LOCAL RULE OF BANKRUPTCY 1007-1(c)

In accordance with local rule 1007-1(c), the Debtor, GCTR Realty, LLC hereby files this description of assets.

The Debtor is located in New Haven, Connecticut. The Debtor's balance sheet as of October 31, 2015 shows assets of $2,474,330.50 and liabilities of $2,380,262.79. The debtor owns land and a building thereon.

The Debtor's assets are subject to the following mortgages; a first mortgage in favor of ACM Business Solutions, LLC, which is owed approximately $753,317.00 thereon; a second mortgage in favor of the United States Small Business Administration which is owed approximately $550,726, and, a third mortgage in favor of AJM Industries LLC securing a loan in the amount of approximately $13,216,036.

Dated at Hartford, Connecticut, this 19th day of November, 2015.

        GCTR Realty, LLC

        By   /s/ Barry S. Feigenbaum
            Barry S. Feigenbaum
            Fed. Bar No. ct06605
            bfeigenbaum@roginlaw.com
            Matthew T. Wax-Krell
            Fed. Bar No. ct26905
            mwax-krell@roginlaw.com
            Rogin Nassau LLC
            Its Attorneys